AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

NICHOLAS WALLS,

    Plaintiff

    v.                                CASE NUMBER: 02-C-1188

LARRY WESTOVER,
DR. ELSA HORN, AMY RADLOFF,
DANIEL KLOTZBACH, and
MICHAEL KLEMAN,

    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff's motion for dismissal with prejudice is granted.

**IT IS FURTHER ORDERED** that this action is dismissed.

| November 8, 2005 | SOFRON B. NEDILSKY |
|---|---|
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |